Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Jennifer** <br> First name <br><br> **I.** <br> Middle name <br><br> **Tunnell** <br> Last name and Suffix (Sr., Jr., II, III) | **James** <br> First name <br><br> **Andrew** <br> Middle name <br><br> **Morrison** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Jenne Tunnell** <br> **Jenne Tunnell Morrison** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2032 | xxx-xx-9947 |

Debtor 1 **Jennifer I. Tunnell**

Debtor 2 **James Andrew Morrison**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

**5. Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| | If Debtor 2 lives at a different address: |
| **230 Roosevelt Circle Apt. #201 Mankato, MN 56001** | **416 North Meridian Street Belle Plaine, MN 56011** |
| Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| **Blue Earth** | **Sibley** |
| County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| | |
|---|---|
| *Check one:* | *Check one:* |
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____

Number, Street, City, State & Zip Code

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

■ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Jennifer I. Tunnell | /s/ James Andrew Morrison |
| --- | --- |
| **Jennifer I. Tunnell** | **James Andrew Morrison** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **August 24, 2023** | Executed on **August 24, 2023** |
| MM / DD / YYYY | MM / DD / YYYY |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Stephen J. Behm**              Date    **August 24, 2023**
Signature of Attorney for Debtor                       MM / DD / YYYY

**Stephen J. Behm 263758**
Printed name

**Behm Law Group, Ltd.**
Firm name

**424 Park Lane**
**Suite 1**
**Mankato, MN 56001**
Number, Street, City, State & ZIP Code

Contact phone    **507-387-7200**        Email address    **stephen@mankatobankruptcy.com**

**263758 MN**
Bar number & State

**Fill in this information to identify your case:**

| Debtor 1 | **Jennifer I. Tunnell** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **James Andrew Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|

1.  **Schedule A/B: Property** (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B............................................................... $ **313,000.00**

    1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ **307,575.71**

    1c. Copy line 63, Total of all property on Schedule A/B................................................................ $ **620,575.71**

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **155,724.36**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $ **1,865.14**

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ $ **144,481.45**

    **Your total liabilities** $ **302,070.95**

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)

    Copy your combined monthly income from line 12 of *Schedule I*.............................................................. $ **5,633.49**

5.  *Schedule J: Your Expenses* (Official Form 106J)

    Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $ **5,133.00**

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☑ Yes

7.  **What kind of debt do you have?**

    ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 11,213.42

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 1,865.14 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 56,893.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 58,758.14 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jennifer I. Tunnell** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **James Andrew Morrison** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number | |

☐ Check if this is an
  amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**416 North Meridian Street**
Street address, if available, or other description

**Belle Plaine**     **MN**     **56011-0000**
City                 State       ZIP Code

**Sibley**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Lot 10 and the South half of Lot 11, Block 95, Belle Plaine, Scott County, Minnesota.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$313,000.00** | **$313,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.............................................=>

**$313,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Audi** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1 Make: **Audi**
Model: **A3/53 Quattro**
Year: **2015**
Approximate mileage: **75,000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$15,000.00**

Current value of the portion you own?  **$15,000.00**

| Debtor #1 only - purchased in the summer of 2014 for $38,000.00 |
|---|

3.2 Make: **Subaru**
Model: **Outback**
Year: **2018**
Approximate mileage: **85,000**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$23,000.00**

Current value of the portion you own?  **$23,000.00**

| Debtor #2 only |
|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>  **$38,000.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| Jointly owned - general and unremarkable furniture, appliances and home decor - see numbers 5 and 6 of attached Exhibit "A" | **$4,595.00** |
|---|---|

| Miscellaneous gardening tools and other household items - see number 11 on attached Exhibit "A" - jointly owned | **$1,295.00** |
|---|---|

| Miscellaneous books, pictures, art objects and collections - see number 12 on attached Exhibit "A" - jointly owned | **$2,115.00** |
|---|---|

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| Jointly owned - see numbers 8, 9 and 10 of attached Exhibit "A" | $4,238.00 |
|---|---|

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes. Describe.....

| Jointly owned - various sporting equipment and photographi/hobby equipment - see numbers 16 and 17 of attached Exhibit "A" | $520.00 |
|---|---|

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Miscellaneous clothing items - see number 13 on attached Exhibit "A" - jointly owned | $1,650.00 |
|---|---|

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Wedding ring - debtor #1 - see number 14 on attached Exhibit "A" | $3,000.00 |
|---|---|

| Miscellaneous costume jewelry - debtor #1 - see number 14 on attached Exhibit "A" | $100.00 |
|---|---|

| Men's wedding band - debtor #2 only | $150.00 |
|---|---|

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Jointly owned - two (2) dogs and two (2) cats - no value to anyone else | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ■ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

   **$17,663.00**

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................................

   **Cash**     **$50.00**

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................

   Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo Bank, N.A. - Debtor #1 only**<br>**1901 Bassett Drive**<br>**Mankato, MN 56001**<br>**#9231**<br>**All money traceable to 403(b) account withdrawal by debtor #1 and claimed exempt under M.S.A. 550.37, subd. 24 and M.S.A. 550.37, subd. 20** | **$25,000.00** |
| 17.2. | **Savings** | **Wells Fargo Bank, N.A. - Debtor #2 only**<br>**1901 Bassett Drive**<br>**Mankato, MN 56001**<br>**# 7422**<br>**All money traceable to 403(b) account withdrawal by debtor #1 and claimed exempt under M.S.A. 550.37, subd. 24 and M.S.A. 550.37, subd. 20** | **$17,800.00** |
| 17.3. | **Savings** | **Wells Fargo Bank, N.A. - Debtor #2 only**<br>**1901 Bassett Drive**<br>**Mankato, MN 56001**<br>**# 5196** | **$1.00** |
| 17.4. | **Checking** | **Wells Fargo Bank, N.A. - Debtor #1 only**<br>**1901 Bassett Drive**<br>**Mankato, MN 56001**<br>**#9231** | **$400.00** |

**First National Bank Minnesota  - Debtor #2**
**228 Nassau Street**
**St. Peter, MN 56082**

17.5.   **Checking**                     #1462                              $100.00

18.  **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................       Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                   Name of entity:                        % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                   Issuer name:

21.  **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **403(b) and 457(b)** | **Mayo Clinic 403(b) and 457(b) Plans - Debtor #1** **Fidelity Brokerage Services, LLC** **900 Salem Street** **Smithfield, RI 02917** **#2858** | **$153,078.08** |
| **403(b)** | **Mayo Clinic 403(b) Plan - Debtor #1** **Fidelity Brokerage Services, LLC** **900 Salem Street** **Smithfield, RI 02917** **#8223** | **$52,943.63** |

22.  **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................       Institution name or individual:

| | | |
|---|---|---|
| **Rent** | **Woodside IV Apartments - Debtor #1** **151 St. Andrews Court, Suite 400** **Mankato, MN 56001** | **$1,495.00** |

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No

☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Group Universal Life Insurance - Debtor #2** | **Jennifer Tunnell** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

☐ No

■ Yes. Give specific information..

| | |
|---|---|
| **FSA - Health Care Savings Account - debtor #1** | $0.00 |

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................. | $250,867.71

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

■ Yes. Give specific information.........

| | |
|---|---|
| **Business Property for Trident V3, LLC - debtor #2  - Lenovo computer X1 Corbin Think Pad ($600.00), Lenovo 26 inch monitor - Think Vision ($150.00), Hewlett-Packard printer - Instant Ink Office Jet ($50.00), Hewlett-Packard Sepctre 360 computer ($200.00), Keyboard - Code 42 ($25.00), Router - Night Hawks ($70.00), Cyber power supply ($50.00)** | $1,045.00 |

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | $1,045.00

---

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 ......................................................................................... | | | $313,000.00 |
| 56. Part 2: Total vehicles, line 5 | | $38,000.00 | |
| 57. Part 3: Total personal and household items, line 15 | | $17,663.00 | |
| 58. Part 4: Total financial assets, line 36 | | $250,867.71 | |
| 59. Part 5: Total business-related property, line 45 | | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 | + | $1,045.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | | $307,575.71 | Copy personal property total | $307,575.71 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $620,575.71 |

# Bankruptcy Information Form Supplementary Information

**5. Appliances:**

- Coffee maker, 5 years old, $20
- Coffee grinder, 2 years old, $50
- Electric kettle, 5 years old, $10
- Food processor, 5 years old, $25
- Waffle Maker, 6 months old, $25
- Vacuums x2, 1 year old, $325
- Carpet shampooer, 3 months old, $75
- Shop Vac, 7 years old, $45
- Toaster, 10 years old, $5
- Air Fryer, 2 years old, $20
- Keurig, 5 years old, $20
- Stand Mixer, 6 years old, $150
- Pressure Cooker, 1 year old, $125
- Crock Pot, 8 years old, $10
- Conway Air Mega Air Purifierx2, 4 years old, $240

*TOTAL $1,145.*

**6. Furniture:**

- King Sized Sleep Number Bed, 15 years old, $200
- Twin bed, 7 years old, $50
- Twin bed, 5 years old, $50
- Queen bed, 6 months old, $500
- Full sized bed, 6 months old, $300
- Treadmill, 18 years old, $40
- Mission Style Sideboard, 15 years old, $50
- Inversion Chair (Innova), 5 years old, $50
- Armchair and footstool, 15 years old, $60
- 6 Dresser Drawer with bed frame and 2 end tables, 15 years old, $320
- 3-seater leather recliner couch, 6 years old, $500
- Striped Upright Armchair, 6 years old, $80
- Mission style desk, 12 years old, $45
- Grandmother clock, 40 years old, $150
- Amish upholstered bench, 17 years old, with matching mirror, $175
- 2 Anti-gravity folding chairs, 8 years old, $80

- 2 mission style end tables, 15 years old, $50
- Aluminum patio table with 6 chairs and umbrella, 8 years old, $160
- Round glass patio table, 15 years old, $20
- Deck lounger chair, 20 years old, $35
- Futon, 3 years old, $55
- Smoker, 7 years, $50
- Italian Leather sofa and loveseat, 15 years, $80
- High-top Dining Table and 6 high-top chairs, 17 years, $200
- Pier One Kitchen table with four upholstered chairs, 18 years, $150

*TOTAL $3,450*

## 8. Televisions/Blu-Ray/DVD players:

- 60" Samsung TV, 3 years old, $175
- 60" Pioneer TV, 1 year old, $250
- 32" Samsung TV, 6 years old, $80
- 32" Samsung TV, 6 years old, $80
- Samsung Sound Bar, 7 years old, $45

*TOTAL $630*

## 9. Cell Phones:

- 2x Apple iPhone 13 Pro-1 year old, (we owe) -$1038
- Apple iPhone 12 Pro, $300

*TOTAL 1338.00*

## 10. Computers/Printers:

- Ipad Prox2, 2 years old, $1000
- Air Pods, 3 years old, $50
- Apple Watch v6 (we owe) -$661
- HP Inkjet Printer, 1 year old, $100
- 28" Lenovo Monitor, 2 years old, $120
- Lenovo Laptop, 2020, $1000

*TOTAL $2270*

## 11. Lawn Equipment/Tools:

- Gardening Tools, 15 years, $200
- Lawn Mower, 4 years, $60
- Snow Thrower, 4 years, $200
- Charcoal Grill, 10 years, $20
- Weed Wacker, 6 years, $10

*SUB TOTAL 490.*

- Cadac Grill, 10 years, $40
- Circular Saw, 7 years, $
- Dewalt Electric Saw, 8 years, $200
- 2 socket sets, 15 years, $45
- Leaf Blower, 6 years, $50
- Husqvarna Chain Saw, 6 years, $100
- Verner Adjustable Ladder, 7 years, $80
- Honda Power Washer, 10 years, $120
- Turkey Fryer, 8 years, $30
- Power Drill, 10 years, $20
- Bird Bath, 15 years, $50
- Space Heater, 18 years, $30
- Metal Detector, 10 years, $40

*[handwritten: SUB TOTAL - $805.00]*

*[handwritten: TOTAL Paragraph 11 $1,295.00]*

## 12. Books/Pictures/Art Objects/Collections:

- Paintings: Oil, Cuban Car, 9 years old, $100

- Two oil paintings from Saudi, 20 years old, $100

- Framed Photo (Iraq), 25 years old, $100

- Framed Photo Saudi Gold Souk, 40 years old, $50

- Bedouin Burka, antique, unknown, $50

- Framed Photo of tower in Vientienne Laos, 22 years old, $25

- Iranian Kilum, 25 years old, $150

- Iranian Rug, 80 years old, $1000

- Iranian Rug pillow, 20 years old, $100

- Clavinova, 35 years, $300

- Violin, 2 years, $75

- Clarinet, 50 years, $65

*[handwritten: TOTAL $2,115.00]*

## 13. Wearing Apparel:

- Coats, jackets, shoes, clothes, varying years, $1650 — *TOTAL*

## 14. Furs and Jewelry:

- Costume Jewelry, assorted, $100
- Wedding ring, 1.7 K, 20 years, $3,000

*TOTAL @ $3,100*

## 16. Sports Equipment:

- BMX Bike, 9 years old, $130
- Baseball batsx8, varying years, $100
- Roller Blades, 20 years, $35
- Tennis Rackets, 20 years, $30
- Bocce Ball Set, 10 years, $5
- Disc Golf set, 5 years, $20
- Trampoline (17'), 8 years, $100

*TOTAL @ $420*

## 17. Photographic/other Hobby Equipment:

*TOTAL*

- Nikon CoolPix P520, 6 years, $100

| Debtor 1 | **Jennifer I. Tunnell** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **James Andrew Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number
(if known) _____

☐ Check if this is an
amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **416 North Meridian Street Belle Plaine, MN 56011  Sibley County Lot 10 and the South half of Lot 11, Block 95, Belle Plaine, Scott County, Minnesota.**<br>Line from *Schedule A/B*: **1.1** | $313,000.00 | ■ $173,006.23<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. §§ 510.01, 510.02** |
| **2015 Audi A3/53 Quattro 75,000 miles Debtor #1 only - purchased in the summer of 2014 for $38,000.00**<br>Line from *Schedule A/B*: **3.1** | $15,000.00 | ■ $5,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 12a** |
| **2018 Subaru Outback 85,000 miles Debtor #2 only**<br>Line from *Schedule A/B*: **3.2** | $23,000.00 | ■ $5,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 12a** |
| **Jointly owned - general and unremarkable furniture, appliances and home decor - see numbers 5 and 6 of attached Exhibit "A"**<br>Line from *Schedule A/B*: **6.1** | $4,595.00 | ■ $4,595.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Miscellaneous gardening tools and other household items - see number 11 on attached Exhibit "A" - jointly owned**  Line from *Schedule A/B*: **6.2** | $1,295.00 | ■ $1,295.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |
| **Miscellaneous books, pictures, art objects and collections - see number 12 on attached Exhibit "A" - jointly owned**  Line from *Schedule A/B*: **6.3** | $2,115.00 | ■ $2,115.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |
| **Jointly owned - see numbers 8, 9 and 10 of attached Exhibit "A"**  Line from *Schedule A/B*: **7.1** | $4,238.00 | ■ $4,238.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |
| **Miscellaneous clothing items - see number 13 on attached Exhibit "A" - jointly owned**  Line from *Schedule A/B*: **11.1** | $1,650.00 | ■ $1,650.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |
| **Wedding ring - debtor #1 - see number 14 on attached Exhibit "A"**  Line from *Schedule A/B*: **12.1** | $3,000.00 | ■ $3,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(c)** |
| **Men's wedding band - debtor #2 only**  Line from *Schedule A/B*: **12.3** | $150.00 | ■ $150.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(c)** |
| **Checking: Wells Fargo Bank, N.A. - Debtor #1 only  1901 Bassett Drive  Mankato, MN 56001  #9231  All money traceable to 403(b) account withdrawal by debtor #1 and claimed exempt under M.S.A. 550.37, subd. 24 and M.S.A. 550.37, subd. 20**  Line from *Schedule A/B*: **17.1** | $25,000.00 | ■ $25,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 24** |
| **Savings: Wells Fargo Bank, N.A. - Debtor #2 only  1901 Bassett Drive  Mankato, MN 56001  # 7422  All money traceable to 403(b) account withdrawal by debtor #1 and claimed exempt under M.S.A. 550.37, subd. 24 and M.S.A. 550.37, subd. 20**  Line from *Schedule A/B*: **17.2** | $17,800.00 | ■ $17,800.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 24** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **403(b) and 457(b): Mayo Clinic 403(b) and 457(b) Plans - Debtor #1 Fidelity Brokerage Services, LLC 900 Salem Street Smithfield, RI 02917 #2858**<br>Line from *Schedule A/B*: **21.1** | $153,078.08 | ■      $153,078.08<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **403(b): Mayo Clinic 403(b) Plan - Debtor #1 Fidelity Brokerage Services, LLC 900 Salem Street Smithfield, RI 02917 #8223**<br>Line from *Schedule A/B*: **21.2** | $52,943.63 | ■      $52,943.63<br>☐   100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Group Universal Life Insurance - Debtor #2 Beneficiary: Jennifer Tunnell**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■      $0.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 10** |
| **FSA - Health Care Savings Account - debtor #1**<br>Line from *Schedule A/B*: **35.1** | $0.00 | ■      $0.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 26(a)** |
| **Business Property for Trident V3, LLC - debtor #2 - Lenovo computer X1 Corbin Think Pad ($600.00), Lenovo 26 inch monitor - Think Vision ($150.00), Hewlett-Packard printer - Instant Ink Office Jet ($50.00), Hewlett-Packard Sepctre 360 computer ($200.00),**<br>Line from *Schedule A/B*: **53.1** | $1,045.00 | ■      $1,045.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 6** |

3.   **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■   No

☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☐   No

     ☐   Yes

# Bankruptcy Information Form Supplementary Information

**5. Appliances:**

- Coffee maker, 5 years old, $20
- Coffee grinder, 2 years old, $50
- Electric kettle, 5 years old, $10
- Food processor, 5 years old, $25
- Waffle Maker, 6 months old, $25
- Vacuums x2, 1 year old, $325
- Carpet shampooer, 3 months old, $75
- Shop Vac, 7 years old, $45
- Toaster, 10 years old, $5
- Air Fryer, 2 years old, $20
- Keurig, 5 years old, $20
- Stand Mixer, 6 years old, $150
- Pressure Cooker, 1 year old, $125
- Crock Pot, 8 years old, $10
- Conway Air Mega Air Purifierx2, 4 years old, $240

*TOTAL $1,145.*

**6. Furniture:**

- King Sized Sleep Number Bed, 15 years old, $200
- Twin bed, 7 years old, $50
- Twin bed, 5 years old, $50
- Queen bed, 6 months old, $500
- Full sized bed, 6 months old, $300
- Treadmill, 18 years old, $40
- Mission Style Sideboard, 15 years old, $50
- Inversion Chair (Innova), 5 years old, $50
- Armchair and footstool, 15 years old, $60
- 6 Dresser Drawer with bed frame and 2 end tables, 15 years old, $320
- 3-seater leather recliner couch, 6 years old, $500
- Striped Upright Armchair, 6 years old, $80
- Mission style desk, 12 years old, $45
- Grandmother clock, 40 years old, $150
- Amish upholstered bench, 17 years old, with matching mirror, $175
- 2 Anti-gravity folding chairs, 8 years old, $80

- 2 mission style end tables, 15 years old, $50
- Aluminum patio table with 6 chairs and umbrella, 8 years old, $160
- Round glass patio table, 15 years old, $20
- Deck lounger chair, 20 years old, $35
- Futon, 3 years old, $55
- Smoker, 7 years, $50
- Italian Leather sofa and loveseat, 15 years, $80
- High-top Dining Table and 6 high-top chairs, 17 years, $200
- Pier One Kitchen table with four upholstered chairs, 18 years, $150

*TOTAL $3,450*

## 8. Televisions/Blu-Ray/DVD players:

- 60" Samsung TV, 3 years old, $175
- 60" Pioneer TV, 1 year old, $250
- 32" Samsung TV, 6 years old, $80
- 32" Samsung TV, 6 years old, $80
- Samsung Sound Bar, 7 years old, $45

*TOTAL $630*

## 9. Cell Phones:

- 2x Apple iPhone 13 Pro-1 year old, (we owe) -$1038
- Apple iPhone 12 Pro, $300

*TOTAL 1338.00*

## 10. Computers/Printers:

- Ipad Prox2, 2 years old, $1000
- Air Pods, 3 years old, $50
- Apple Watch v6 (we owe) -$661
- HP Inkjet Printer, 1 year old, $100
- 28" Lenovo Monitor, 2 years old, $120
- Lenovo Laptop, 2020, $1000

*TOTAL $2270*

## 11. Lawn Equipment/Tools:

*SUB TOTAL 490.*

- Gardening Tools, 15 years, $200
- Lawn Mower, 4 years, $60
- Snow Thrower, 4 years, $200
- Charcoal Grill, 10 years, $20
- Weed Wacker, 6 years, $10

- Cadac Grill, 10 years, $40
- Circular Saw, 7 years, $
- Dewalt Electric Saw, 8 years, $200
- 2 socket sets, 15 years, $45
- Leaf Blower, 6 years, $50
- Husqvarna Chain Saw, 6 years, $100
- Verner Adjustable Ladder, 7 years, $80
- Honda Power Washer, 10 years, $120
- Turkey Fryer, 8 years, $30
- Power Drill, 10 years, $20
- Bird Bath, 15 years, $50
- Space Heater, 18 years, $30
- Metal Detector, 10 years, $40

*SUB TOTAL - $805.00*

*TOTAL Paragraph 11*

*$1,295.00*

## 12. Books/Pictures/Art Objects/Collections:

- Paintings: Oil, Cuban Car, 9 years old, $100

- Two oil paintings from Saudi, 20 years old, $100

- Framed Photo (Iraq), 25 years old, $100

- Framed Photo Saudi Gold Souk, 40 years old, $50

- Bedouin Burka, antique, unknown, $50

- Framed Photo of tower in Vientienne Laos, 22 years old, $25

- Iranian Kilum, 25 years old, $150

- Iranian Rug, 80 years old, $1000

- Iranian Rug pillow, 20 years old, $100

- Clavinova, 35 years, $300

- Violin, 2 years, $75

- Clarinet, 50 years, $65

*TOTAL $2,115.00*

## 13. Wearing Apparel:

- Coats, jackets, shoes, clothes, varying years, $1650   _TOTAL_

## 14. Furs and Jewelry:

- Costume Jewelry, assorted, $100
- Wedding ring, 1.7 K, 20 years, $3,000

_TOTAL_ @
$3,100

## 16. Sports Equipment:

- BMX Bike, 9 years old, $130
- Baseball batsx8, varying years, $100
- Roller Blades, 20 years, $35
- Tennis Rackets, 20 years, $30
- Bocce Ball Set, 10 years, $5
- Disc Golf set, 5 years, $20
- Trampoline (17'), 8 years, $100

_TOTAL_ @
$420

## 17. Photographic/other Hobby Equipment:

_TOTAL_

- Nikon CoolPix P520, 6 years, $100

Debtor 1    **Jennifer I. Tunnell**
First Name        Middle Name        Last Name

Debtor 2    **James Andrew Morrison**
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

| **2.1** | **U.S. Bank** | Describe the property that secures the claim: | $15,730.59 | $23,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2018 Subaru Outback 85,000 miles
Debtor #2 only**

**P.O. Box 2188
Oshkosh, WI 54903-2188**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **04/19/2020**      Last 4 digits of account number    **062**

| 2.2 | **Wells Fargo Home Mortgage** | | | $139,993.77 | $313,000.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **416 North Meridian Street Belle Plaine, MN 56011  Sibley County Lot 10 and the South half of Lot 11, Block 95, Belle Plaine, Scott County, Minnesota.**

**P.O. Box 14411**
**Des Moines, IA**
**50306-3411**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Date debt was incurred**  08/19/2005        **Last 4 digits of account number**    0782

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $155,724.36 |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $155,724.36 |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| Debtor 1 | **Jennifer I. Tunnell** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **James Andrew Morrison** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | $1,865.14 | $1,865.14 | $0.00 |

Priority Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred?   04/15/2022

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only      ☐ Contingent

☐ Debtor 2 only      ☐ Unliquidated

■ Debtor 1 and Debtor 2 only      ☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**      ☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No      ☐ Claims for death or personal injury while you were intoxicated

☐ Yes      ☐ Other. Specify _____ **Taxes owed for 2021**

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **American Honda Finance Corp.** | **Last 4 digits of account number** | **5356** | $3,865.00 |
|-----|---------------------------------|------------------------------------|----------|-----------|

Nonpriority Creditor's Name
**2170 Point Boulevard**
**Suite 100**
**Elgin, IL 60123**
Number Street City State Zip Code

**When was the debt incurred?**    10/22/2020

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Amount remaining following repossession of mortorcyle**

---

| 4.2 | **American Honda Finance Corp.** | **Last 4 digits of account number** | **6659** | $1,444.20 |
|-----|---------------------------------|------------------------------------|----------|-----------|

Nonpriority Creditor's Name
**2170 Point Boulevard**
**Suite 100**
**Elgin, IL 60123**
Number Street City State Zip Code

**When was the debt incurred?**    02/33/2020

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Amount remaining following repossession of mortorcyle**

---

| 4.3 | **Apple Card/Goldman Sachs** | **Last 4 digits of account number** | **0001** | $2,968.00 |
|-----|------------------------------|------------------------------------|----------|-----------|

Nonpriority Creditor's Name
**Lockbok 6112**
**P.O. Box 7247**
**Philadelphia, PA 19170-6112**
Number Street City State Zip Code

**When was the debt incurred?**    09/19/2020

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Credit purchases**

| 4.4 | **Capital One Card Services** | Last 4 digits of account number **5859** | **$2,787.51** |

Nonpriority Creditor's Name

**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

When was the debt incurred?    **11/06/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit purchases**

---

| 4.5 | **Chase/Amazon** | Last 4 digits of account number **0557** | **$3,283.24** |

Nonpriority Creditor's Name

**P.O. Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

When was the debt incurred?    **05/22/2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit purchases**

---

| 4.6 | **Credit One Bank** | Last 4 digits of account number **5921** | **$911.56** |

Nonpriority Creditor's Name

**P.O. Box 98873**
**Las Vegas, NV 89193-8873**
Number Street City State Zip Code

When was the debt incurred?    **12/03/2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit purchases**

| 4.7 | **Fairview Health Services** | Last 4 digits of account number    **5789** | **$361.62** |

Nonpriority Creditor's Name

**P.O. Box 9372**
**Minneapolis, MN 55440-9372**

Number Street City State Zip Code

When was the debt incurred?    **03/11/2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical charges**

---

| 4.8 | **Fingerhut** | Last 4 digits of account number    **5997** | **$377.51** |

Nonpriority Creditor's Name

**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

Number Street City State Zip Code

When was the debt incurred?    **01/22/2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit purchases**

---

| 4.9 | **Freedom Road Financial** | Last 4 digits of account number    **1227** | **$9,751.75** |

Nonpriority Creditor's Name

**10509 Professional Circle**
**Suite 100**
**Reno, NV 89521**

Number Street City State Zip Code

When was the debt incurred?    **06/15/2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Deficiency balance following the repossession of 2022 Triumph Trident 660**

**4.10**

**Honda Financial Services**

Nonpriority Creditor's Name

**P.O. Box 1844**

**Alpharetta, GA 30023-1844**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **6659**          **$4,204.53**

**When was the debt incurred?**   **05/16/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Deficiency balance following repossession and sale of 2020 Honda Monkey ABS**

---

**4.11**

**Internal Revenue Service**

Nonpriority Creditor's Name

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____          **$11,347.26**

**When was the debt incurred?**   **04/15/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Taxes owed for 2017**

---

**4.12**

**Internal Revenue Service**

Nonpriority Creditor's Name

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____          **$9,205.54**

**When was the debt incurred?**   **04/15/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Taxes owed for 2015**

---

**4.1 3**

| | |
|---|---|
| **Internal Revenue Service** | **Last 4 digits of account number** _____ | **$4,871.89** |

Nonpriority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?**    04/15/2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Taxes owed for 2016**

---

**4.1 4**

| | |
|---|---|
| **Kohls** | **Last 4 digits of account number** 8614 | **$424.96** |

Nonpriority Creditor's Name
**P.O. Box 3043**
**Milwaukee, WI 53201**
Number Street City State Zip Code

**When was the debt incurred?**    06/17/2020

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit purchases**

---

**4.1 5**

| | |
|---|---|
| **Kohls Capital One** | **Last 4 digits of account number** 0050 | **$1,771.90** |

Nonpriority Creditor's Name
**P.O. Box 3115**
**Milwaukee, WI 53201-3115**
Number Street City State Zip Code

**When was the debt incurred?**    05/16/2019

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit purchases**

---

---

| 4.1 6 | **Mayo Clinic** | Last 4 digits of account number   **0600** | **$681.24** |

Nonpriority Creditor's Name

**P.O. Box 4004**
**Rochester, MN 55903-4004**

Number Street City State Zip Code

When was the debt incurred?   **11/02/2020**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical services**

---

| 4.1 7 | **Nelnet** | Last 4 digits of account number   **9683** | **$25,560.00** |

Nonpriority Creditor's Name

**P.O. Box 82561**
**Lincoln, NE 68501**

Number Street City State Zip Code

When was the debt incurred?   **08/15/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Student loan**

---

| 4.1 8 | **Nelnet** | Last 4 digits of account number   **8039** | **$31,333.00** |

Nonpriority Creditor's Name

**P.O. Box 82561**
**Lincoln, NE 68501**

Number Street City State Zip Code

When was the debt incurred?   **06/10/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Student loan**

---

| 4.19 | | | |
|---|---|---|---|

**One Main Financial**
Nonpriority Creditor's Name

**Bankruptcy Department**
**P.O. Box 140069**
**Irving, TX 75014-0069**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2050**

When was the debt incurred?   **06/17/2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal loan**

$10,513.95

---

| 4.20 | | | |
|---|---|---|---|

**River Valley Family Chiropract**
Nonpriority Creditor's Name

**210 North Meridian Street**
**Suite 1**
**Belle Plaine, MN 56011**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1969**

When was the debt incurred?   **07/22/2021**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

$610.02

---

| 4.21 | | | |
|---|---|---|---|

**Secure Base Counseling, LLC**
Nonpriority Creditor's Name

**570 Professional Drive**
**Northfield, MN 55057-2756**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3824**

When was the debt incurred?   **05/12/2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

$285.92

---

| 4.2 2 | **Synchrony Bank/Pay Pal** | Last 4 digits of account number | **2696** | **$4,448.82** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**P.O. Box 965060**
**Orlando, FL 32896-5060**

When was the debt incurred?    **11/04/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit purchases**

---

| 4.2 3 | **Synchrony Bank/PPMC** | Last 4 digits of account number | **1853** | **$511.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**P.O. Box 965005**
**Orlando, FL 32896**

When was the debt incurred?    **07/18/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit purchases**

---

| 4.2 4 | **Synchrony Bank/Venmo** | Last 4 digits of account number | | **$5,505.64** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**P.O. Box 71735**
**Philadelphia, PA 19176-1735**

When was the debt incurred?    **07/18/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit purchases**

---

| 4.2 5 | **Synchrony Bank/Warner Stellian** | Last 4 digits of account number   **4859** | **$2,151.79** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 71754**

**Philadelphia, PA 19176-1754**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **08/19/2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit purchases**

---

| 4.2 6 | **Wells Fargo Card Services** | Last 4 digits of account number   **0255** | **$3,926.75** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 10347**

**Des Moines, IA 50306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **08/19/2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit purchases**

---

| 4.2 7 | **XTream/Mediacom** | Last 4 digits of account number   **9511** | **$1,376.85** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 110**

**Waseca, MN 56093**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **07/18/2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Services**

---

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Honda Finance Corp.**<br>**1220 Old Apharetta Road**<br>**Suite 350**<br>**Alpharetta, GA 30005** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Honda Finance Corp.**<br>**1220 Old Apharetta Road**<br>**Suite 350**<br>**Alpharetta, GA 30005** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ascentium**<br>**P.O. Box 859**<br>**Madison, WI 53707** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ascentium Capital**<br>**P.O. Box 301593**<br>**Dallas, TX 75303-1593** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Constart Financial Services**<br>**10400 North 25th Avenue**<br>**Suite 100**<br>**Phoenix, AZ 85021** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit One Bank**<br>**P.O. Box 99872**<br>**Las Vegas, NV 89193-8872** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fairview Health Services**<br>**100 South Owasso Blvd. West**<br>**Saint Paul, MN 55117** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fairview Health Services**<br>**P.O. Box 199**<br>**Minneapolis, MN 55440-0199** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fingerhut**<br>**P.O. Box 166**<br>**Newark, NJ 07101-0166** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fingerhut**<br>**P.O. Box 70281**<br>**Philadelphia, PA 19176-0281** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fingerhut Credit Account Svcs**<br>**P.O. Box 1250**<br>**Saint Cloud, MN 56395-1250** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fingerhut Credit Services**<br>P.O. Box 70283<br>Philadelphia, PA 19176-0283 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Fingerhut Credit Services**<br>P.O. Box 70281<br>Philadelphia, PA 19176-0281 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Freedom Road Financial**<br>P.O. Box 4597<br>Hinsdale, IL 60522-4597 | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Honda Financial Services**<br>**National Service Center**<br>P.O. Box 166469<br>Irving, TX 75016-6469 | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **I.C. System, Inc.**<br>444 Highway 96 East<br>P.O. Box 64378<br>Saint Paul, MN 55164-0378 | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Jefferson Capital Systems, LLC**<br>16 McLeland Road<br>Saint Cloud, MN 56303 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Jefferson Capital Systems, LLC**<br>Dept. #6419<br>P.O. Box 11407<br>Birmingham, AL 35246-6419 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Jefferson Capital Systems, LLC**<br>P.O. Box 772813<br>Chicago, IL 60677-2813 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Jefferson Capital Systems, LLC**<br>P.O. Box 953185<br>Saint Louis, MO 63195-3185 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Jefferson Capital Systems, LLC**<br>P.O. Box 1120<br>Charlotte, NC 28201-1120 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Kohls**<br>P.O. Box 3044<br>Milwaukee, WI 53201-3120 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kohls**<br>**P.O. Box 1456**<br>**Charlotte, NC 28201-1456** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Kohls**<br>**P.O. Box 3044**<br>**Milwaukee, WI 53201-3120** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Kohls**<br>**P.O. Box 3043**<br>**Milwaukee, WI 53201** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Kohls**<br>**P.O. Box 1456**<br>**Charlotte, NC 28201-1456** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Kohls Capital One**<br>**P.O. Box 3115**<br>**Milwaukee, WI 53201-3115** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Mayo Clinic**<br>**200 First Street S.W.**<br>**Rochester, MN 55905-0001** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Mayo Clinic**<br>**P.O. Box 790339**<br>**Saint Louis, MO 63179-0339** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Mayo Clinic**<br>**4500 San Pablo Road**<br>**Jacksonville, FL 32224-1865** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Mayo Clinic**<br>**P.O. Box 790127**<br>**Saint Louis, MO 63179-0127** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Nelnet**<br>**P.O. Box 87130**<br>**Lincoln, NE 68501-7130** | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Nelnet**<br>**P.O. Box 9635**<br>**Wilkes Barre, PA 18773-9635** | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **One Main Financial** | Line **4.19** of (Check one): |

Debtor 1    **Jennifer I. Tunnell**
Debtor 2    **James Andrew Morrison**                                              Case number (if known) _____

**2965 Winners Circle**
**Suite 115**
**Shakopee, MN 55379-4473**

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pay Pay Credit**
**P.O. Box 5018**
**Lutherville Timonium, MD 21094**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pay Pay Credit**
**P.O. Box 5138**
**Lutherville Timonium, MD 21094**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery Associates**
**P.O. Box 12914**
**Norfolk, VA 23541**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery Associates**
**140 Corporate Boulevard**
**Norfolk, VA 23502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery Associates**
**Dept. 922**
**P.O. Box 4115**
**Concord, CA 94524**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery Associates**
**P.O. Box 41067**
**Norfolk, VA 23541**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery Associates**
**120 Corporate Boulevard**
**Norfolk, VA 23502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Professional Service Bureau**
**911 Lund Boulevard, Suite 100**
**P.O. Box 548**
**Anoka, MN 55303-0548**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Professional Service Bureau**
**P.O. Box 548**
**Anoka, MN 55303-0548**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**State Collection Service, Inc.**
**2509 South Stoughton Road**
**P.O. Box 6250**
**Madison, WI 53716-0250**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1 **Jennifer I. Tunnell**

Debtor 2 **James Andrew Morrison**

Case number (if known) _____

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Synchrony Bank** | Line **4.22** of (Check one): |
| **Attn: Bankruptcy Department** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **P.O. Box 71782** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Philadelphia, PA 19176-1782** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Unifin, Inc.** | Line **4.8** of (Check one): |
| **P.O. Box 4519** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Skokie, IL 60076-4519** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ | 1,865.14 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. $ | 1,865.14 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ | 56,893.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 87,588.45 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 144,481.45 |

| | |
|---|---|
| Debtor 1 | **Jennifer I. Tunnell** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **James Andrew Morrison** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases           12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number        Street | |
| City                    State              ZIP Code | |
| **2.2** | |
| Name | |
| Number        Street | |
| City                    State              ZIP Code | |
| **2.3** | |
| Name | |
| Number        Street | |
| City                    State              ZIP Code | |
| **2.4** | |
| Name | |
| Number        Street | |
| City                    State              ZIP Code | |
| **2.5** | |
| Name | |
| Number        Street | |
| City                    State              ZIP Code | |

| Debtor 1 | **Jennifer I. Tunnell** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **James Andrew Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors                                       12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number    Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number    Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

| Debtor 1 | **Jennifer I. Tunnell** |
|---|---|
| Debtor 2 (Spouse, if filing) | **James Andrew Morrison** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income
12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | **Audiology Manager** | |
| | Employer's name | **Mayo Clinic Health System** | |
| | Employer's address | **1025 Marsh Street**<br>**Mankato, MN 56001** | |
| | How long employed there? | **19 Years** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **11,993.43** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **11,993.43** | $ **0.00** |

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here** ...................................................... 4. | $   **11,993.43** | $   **0.00** |

**5. List all payroll deductions:**

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions**   5a. | $   **3,403.18** | | $   **0.00** |
| 5b. | **Mandatory contributions for retirement plans**   5b. | $   **714.37** | | $   **0.00** |
| 5c. | **Voluntary contributions for retirement plans**   5c. | $   **0.00** | | $   **0.00** |
| 5d. | **Required repayments of retirement fund loans**   5d. | $   **1,137.50** | | $   **0.00** |
| 5e. | **Insurance**   5e. | $   **550.33** | | $   **0.00** |
| 5f. | **Domestic support obligations**   5f. | $   **0.00** | | $   **0.00** |
| 5g. | **Union dues**   5g. | $   **0.00** | | $   **0.00** |
| 5h. | **Other deductions.** Specify:   **Health Care FSA**   5h.+ | $   **212.51** | + | $   **0.00** |
| | **Legal Insurance** | $   **19.39** | | $   **0.00** |
| | **Mayo 403(b) Roth IRA Employee Contribution** | $   **238.12** | | $   **0.00** |
| | **Family Life Insurance - Spouse** | $   **21.23** | | $   **0.00** |
| | **Group Universal Life Insurance** | $   **19.98** | | $   **0.00** |
| | **United Way** | $   **43.33** | | $   **0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. | $   **6,359.94** | $   **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $   **5,633.49** | $   **0.00** |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   **0.00** | $   **0.00** |
| 8b. | **Interest and dividends** | 8b. | $   **0.00** | $   **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $   **0.00** | $   **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $   **0.00** | $   **0.00** |
| 8e. | **Social Security** | 8e. | $   **0.00** | $   **0.00** |
| 8f. | **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $   **0.00** | $   **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $   **0.00** | $   **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $   **0.00** + | $   **0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. | $   **0.00** | $   **0.00** |

10. **Calculate monthly income.** Add line 7 + line 9.    10.   $ **5,633.49** + $ **0.00** = $ **5,633.49**

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.   $ **5,633.49**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

   ■   No.

   ☐   Yes. Explain: _____

Debtor 1      **Jennifer I. Tunnell**

Debtor 2      **James Andrew Morrison**
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    　　■ No

    　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**      ☐ No

    Do not list Debtor 1 and Debtor 2.      ■ Yes.   Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 15 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**      ■ No   ☐ Yes

### Part 2:      Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $              1,500.00

    **If not included in line 4:**

    4a.   Real estate taxes                                                      4a. $              0.00
    4b.   Property, homeowner's, or renter's insurance                          4b. $              0.00
    4c.   Home maintenance, repair, and upkeep expenses                         4c. $             75.00
    4d.   Homeowner's association or condominium dues                           4d. $              0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans      5. $              0.00

6.  **Utilities:**
    6a.  Electricity, heat, natural gas                                    6a.  $                      350.00
    6b.  Water, sewer, garbage collection                                  6b.  $                      275.00
    6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.  $                      350.00
    6d.  Other. Specify:  **Internet**                                     6d.  $                       50.00
7.  **Food and housekeeping supplies**                                     7.   $                      800.00
8.  **Childcare and children's education costs**                          8.   $                      150.00
9.  **Clothing, laundry, and dry cleaning**                                9.   $                      250.00
10. **Personal care products and services**                               10.  $                       75.00
11. **Medical and dental expenses**                                       11.  $                      100.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                          12.  $                      250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** 13.  $                       0.00
14. **Charitable contributions and religious donations**                  14.  $                       60.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                                   15a. $                        0.00
    15b.  Health insurance                                                 15b. $                        0.00
    15c.  Vehicle insurance                                               15c. $                      230.00
    15d.  Other insurance. Specify: _____                       15d. $                        0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                              16.  $                        0.00
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1                                       17a. $                      518.00
    17b.  Car payments for Vehicle 2                                       17b. $                        0.00
    17c.  Other. Specify: _____                                 17c. $                        0.00
    17d.  Other. Specify: _____                                 17d. $                        0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18.  $         0.00
19. **Other payments you make to support others who do not live with you.**  $                          0.00
    Specify: _____                                              19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.  Mortgages on other property                                     20a. $                        0.00
    20b.  Real estate taxes                                               20b. $                        0.00
    20c.  Property, homeowner's, or renter's insurance                    20c. $                        0.00
    20d.  Maintenance, repair, and upkeep expenses                        20d. $                        0.00
    20e.  Homeowner's association or condominium dues                     20e. $                        0.00
21. **Other:** Specify:  **Automobile licenses, repairs and oil changes**  21. +$                      100.00

22. **Calculate your monthly expenses**
    22a.  Add lines 4 through 21.                                              $                      5,133.00
    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c.  Add line 22a and 22b.  The result is your monthly expenses.          $                      5,133.00

23. **Calculate your monthly net income.**
    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.   23a. $                    5,633.49
    23b.  Copy your monthly expenses from line 22c above.                  23b. -$                    5,133.00

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                         23c. $                      500.49

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.      Explain here:  **Debtors live in separate residences.  Debtor #1 resides in an apartment in Mankato, MN and
                Debtor #2 resides in the marital homestead in Belle Plaine, MN.  The debtors' living expenses are high,
                accordingly.  The debtors will be getting a divorce in the near future, too.**

**Fill in this information to identify your case:**

Debtor 1    **Jennifer I. Tunnell**
     First Name      Middle Name      Last Name

Debtor 2    **James Andrew Morrison**
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jennifer I. Tunnell**           X **/s/ James Andrew Morrison**
   **Jennifer I. Tunnell**                **James Andrew Morrison**
   Signature of Debtor 1                Signature of Debtor 2

   Date   **August 24, 2023**             Date   **August 24, 2023**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jennifer I. Tunnell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **James Andrew Morrison** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     DISTRICT OF MINNESOTA

Case number
(if known) _____

☐ Check if this is an
amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2     Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $95,815.24 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2022 )** | ■ Wages, commissions, bonuses, tips | $132,938.29 | ■ Wages, commissions, bonuses, tips | $90,501.69 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | ■ Wages, commissions, bonuses, tips | $135,345.42 | ■ Wages, commissions, bonuses, tips | $102,434.55 |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
    ☐ No.  Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.  Go to line 7.
    ■ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **U.S. Bank**<br>**P.O. Box 2188**<br>**Oshkosh, WI 54903-2188** | **Monthly payments of $518.00 for May, June, July and August of 2023** | $2,072.00 | $15,730.59 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Honda Financial Services P.O. Box 1844 Alpharetta, GA 30023-1844** | **Deficiency balance following repossession and sale of 2020 Honda Monkey ABS**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 05/23/2023 | $20,000.00 |
| **Freedom Road Financial 10509 Professional Circle Suite 100 Reno, NV 89521** | **Deficiency balance following the repossession of 2022 Triumph Trident 660**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 06/23/2023 | $10,000.00 |

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Wells Fargo Home Mortgage**<br>**P.O. Box 14411**<br>**Des Moines, IA 50306-3411** | **416 North Meridian Street Belle Plaine, MN 56011  Sibley County**<br>**Lot 10 and the South half of Lot 11, Block 95, Belle Plaine, Scott County, Minnesota. Foreclosure sale has not been scheduled yet.**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | **$313,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **001 Debtorcc, Inc.**<br>**378 Summit Avenue**<br>**Jersey City, NJ 07306**<br>**http://www.debtorcc.org** | **Credit counseling course** | **04/05/2023** | **$34.90** |
| **Behm Law Group, Ltd.**<br>**424 Park Lane**<br>**Suite 1**<br>**Mankato, MN 56001**<br>**stephen@mankatobankruptcy.com** | **Attorney Fees** | **07/21/2023** | **$313.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

| Part 10: | Give Details About Environmental Information |

For the purpose of Part 10, the following definitions apply:

■ Environmental law means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ Hazardous material means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  |  |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>**Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
|  |  |  |  |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Trident V3, LLC<br>416 North Meridian Street<br>Belle Plaine, MN 56011** | | EIN:    **88-3582572**<br><br>From-To  **07/01/2022 to present** |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Jennifer I. Tunnell**                          **/s/ James Andrew Morrison**
**Jennifer I. Tunnell**                               **James Andrew Morrison**
**Signature of Debtor 1**                          **Signature of Debtor 2**

Date    **August 24, 2023**                    Date    **August 24, 2023**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# United States Bankruptcy Court
## District of Minnesota

In re **Jennifer I. Tunnell**
**James Andrew Morrison**

Debtor(s)

Case No.

Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept   ............................   $   **5,000.00**

Prior to the filing of this statement I have received   ..............   $   **0.00**

Balance Due   ...........................................................................   $   **5,000.00**

2.    The source of the compensation paid to me was:
     ■    Debtor             ☐    Other (specify)

3.    The source of the compensation to be paid to me is:
     ■    Debtor             ☐    Other (specify)

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

     **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     **d.**. Representation of the debtor in contested bankruptcy matters; and

     **e.**. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **August 24, 2023**

Signature of Attorney
**/s/ Stephen J. Behm**
**Stephen J. Behm 263758**

Fill in this information to identify your case:

Debtor 1        **Jennifer I. Tunnell**

Debtor 2        **James Andrew Morrison**
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Minnesota

Case number
(if known)

Check as directed in lines 17 and 21:

According to the calculations required by this Statement:

- ■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

- ☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

- ■ 3. The commitment period is 3 years.

- ☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married**. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 11,213.42 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

   | | Debtor 1 | | |
   | --- | --- | --- | --- |
   | Gross receipts (before all deductions) | $ 0.00 | | |
   | Ordinary and necessary operating expenses | -$ 0.00 | | |
   | Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

   | | Debtor 1 | | |
   | --- | --- | --- | --- |
   | Gross receipts (before all deductions) | $ 0.00 | | |
   | Ordinary and necessary operating expenses | -$ 0.00 | | |
   | Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ | 0.00 |
| For your spouse | $ | 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ 0.00 | $ 0.00 |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | | |
|---|---|---|---|
| _____ | $ | 0.00 | $ 0.00 |
| _____ | $ | 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ | 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **11,213.42** + $ **0.00** = $ **11,213.42**

Total average
monthly income

**Part 2:** Determine How to Measure Your Deductions from Income

12. **Copy your total average monthly income from line 11.** $ **11,213.42**

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

■ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | | |
|---|---|---|
| _____ | $ | |
| _____ | $ | |
| _____ | + $ | |
| Total | $ **0.00** | Copy here=> − **0.00** |

14. **Your current monthly income.** Subtract line 13 from line 12.

$ **11,213.42**

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> $ **11,213.42**

Multiply line 15a by 12 (the number of months in a year).    **x 12**

15b.   The result is your current monthly income for the year for this part of the form. ........................................   $ **134,561.04**

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.    **MN**

16b. Fill in the number of people in your household.    **4**

16c. Fill in the median family income for your state and size of household. ...............   $ **141,324.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ■   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3:**    **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

18. **Copy your total average monthly income from line 11 .** ...........................................................................   $ **11,213.42**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.    -$ **0.00**

19b. **Subtract line 19a from line 18.**    $ **11,213.42**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b.    $ **11,213.42**

Multiply by 12 (the number of months in a year).    **x 12**

20b. The result is your current monthly income for the year for this part of the form    $ **134,561.04**

20c. Copy the median family income for your state and size of household from line 16c ...............    $ **141,324.00**

21. **How do the lines compare?**

■   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

**Part 4:**    **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Jennifer I. Tunnell        **X** /s/ James Andrew Morrison

   **Jennifer I. Tunnell**                        **James Andrew Morrison**
   Signature of Debtor 1                            Signature of Debtor 2

Date   **August 24, 2023**              Date   **August 24, 2023**
     MM / DD / YYYY                        MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| $245 | filing fee | |
| $78 | administrative fee | |
| + $15 | trustee surcharge | |
| $338 | total fee | |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |  |  |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## District of Minnesota

In re    **Jennifer I. Tunnell**
     **James Andrew Morrison**

Debtor(s)

Case No.

Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **August 24, 2023**

**/s/ Jennifer I. Tunnell**
**Jennifer I. Tunnell**
Signature of Debtor

Date:    **August 24, 2023**

**/s/ James Andrew Morrison**
**James Andrew Morrison**
Signature of Debtor

```
AMERICAN HONDA FINANCE CORP.
2170 POINT BOULEVARD
SUITE 100
ELGIN IL 60123


AMERICAN HONDA FINANCE CORP.
2170 POINT BOULEVARD
SUITE 100
ELGIN IL 60123


AMERICAN HONDA FINANCE CORP.
1220 OLD APHARETTA ROAD
SUITE 350
ALPHARETTA GA 30005


AMERICAN HONDA FINANCE CORP.
1220 OLD APHARETTA ROAD
SUITE 350
ALPHARETTA GA 30005


APPLE CARD/GOLDMAN SACHS
LOCKBOK 6112
P.O. BOX 7247
PHILADELPHIA PA 19170-6112


ASCENTIUM
P.O. BOX 859
MADISON WI 53707


ASCENTIUM CAPITAL
P.O. BOX 301593
DALLAS TX 75303-1593


CAPITAL ONE CARD SERVICES
P.O. BOX 30285
SALT LAKE CITY UT 84130-0285
```

CHASE/AMAZON
P.O. BOX 15298
WILMINGTON DE 19850-5298


CONSTART FINANCIAL SERVICES
10400 NORTH 25TH AVENUE
SUITE 100
PHOENIX AZ 85021


CREDIT ONE BANK
P.O. BOX 98873
LAS VEGAS NV 89193-8873


CREDIT ONE BANK
P.O. BOX 99872
LAS VEGAS NV 89193-8872


FAIRVIEW HEALTH SERVICES
P.O. BOX 9372
MINNEAPOLIS MN 55440-9372


FAIRVIEW HEALTH SERVICES
100 SOUTH OWASSO BLVD. WEST
SAINT PAUL MN 55117


FAIRVIEW HEALTH SERVICES
P.O. BOX 199
MINNEAPOLIS MN 55440-0199


FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303


FINGERHUT
P.O. BOX 166
NEWARK NJ 07101-0166

FINGERHUT
P.O. BOX 70281
PHILADELPHIA PA 19176-0281


FINGERHUT CREDIT ACCOUNT SVCS
P.O. BOX 1250
SAINT CLOUD MN 56395-1250


FINGERHUT CREDIT SERVICES
P.O. BOX 70283
PHILADELPHIA PA 19176-0283


FINGERHUT CREDIT SERVICES
P.O. BOX 70281
PHILADELPHIA PA 19176-0281


FREEDOM ROAD FINANCIAL
10509 PROFESSIONAL CIRCLE
SUITE 100
RENO NV 89521


FREEDOM ROAD FINANCIAL
P.O. BOX 4597
HINSDALE IL 60522-4597


HONDA FINANCIAL SERVICES
P.O. BOX 1844
ALPHARETTA GA 30023-1844


HONDA FINANCIAL SERVICES
NATIONAL SERVICE CENTER
P.O. BOX 166469
IRVING TX 75016-6469


I.C. SYSTEM, INC.
444 HIGHWAY 96 EAST
P.O. BOX 64378
SAINT PAUL MN 55164-0378

```
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


JEFFERSON CAPITAL SYSTEMS, LLC
16 MCLELAND ROAD
SAINT CLOUD MN 56303


JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 1120
CHARLOTTE NC 28201-1120


JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 953185
SAINT LOUIS MO 63195-3185


JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 772813
CHICAGO IL 60677-2813


JEFFERSON CAPITAL SYSTEMS, LLC
DEPT. #6419
P.O. BOX 11407
BIRMINGHAM AL 35246-6419
```

```
KOHLS
P.O. BOX 3043
MILWAUKEE WI 53201


KOHLS
P.O. BOX 3044
MILWAUKEE WI 53201-3120


KOHLS
P.O. BOX 1456
CHARLOTTE NC 28201-1456


KOHLS
P.O. BOX 3043
MILWAUKEE WI 53201


KOHLS
P.O. BOX 3044
MILWAUKEE WI 53201-3120


KOHLS
P.O. BOX 1456
CHARLOTTE NC 28201-1456


KOHLS CAPITAL ONE
P.O. BOX 3115
MILWAUKEE WI 53201-3115


KOHLS CAPITAL ONE
P.O. BOX 3115
MILWAUKEE WI 53201-3115


MAYO CLINIC
P.O. BOX 4004
ROCHESTER MN 55903-4004
```

MAYO CLINIC
200 FIRST STREET S.W.
ROCHESTER MN 55905-0001


MAYO CLINIC
P.O. BOX 790127
SAINT LOUIS MO 63179-0127


MAYO CLINIC
4500 SAN PABLO ROAD
JACKSONVILLE FL 32224-1865


MAYO CLINIC
P.O. BOX 790339
SAINT LOUIS MO 63179-0339


NELNET
P.O. BOX 82561
LINCOLN NE 68501


NELNET
P.O. BOX 82561
LINCOLN NE 68501


NELNET
P.O. BOX 87130
LINCOLN NE 68501-7130


NELNET
P.O. BOX 9635
WILKES BARRE PA 18773-9635


ONE MAIN FINANCIAL
BANKRUPTCY DEPARTMENT
P.O. BOX 140069
IRVING TX 75014-0069

ONE MAIN FINANCIAL
2965 WINNERS CIRCLE
SUITE 115
SHAKOPEE MN 55379-4473


PAY PAY CREDIT
P.O. BOX 5018
LUTHERVILLE TIMONIUM MD 21094


PAY PAY CREDIT
P.O. BOX 5138
LUTHERVILLE TIMONIUM MD 21094


PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 12914
NORFOLK VA 23541


PORTFOLIO RECOVERY ASSOCIATES
120 CORPORATE BOULEVARD
NORFOLK VA 23502


PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 41067
NORFOLK VA 23541


PORTFOLIO RECOVERY ASSOCIATES
DEPT. 922
P.O. BOX 4115
CONCORD CA 94524


PORTFOLIO RECOVERY ASSOCIATES
140 CORPORATE BOULEVARD
NORFOLK VA 23502


PROFESSIONAL SERVICE BUREAU
911 LUND BOULEVARD, SUITE 100
P.O. BOX 548
ANOKA MN 55303-0548

PROFESSIONAL SERVICE BUREAU
P.O. BOX 548
ANOKA MN 55303-0548


RIVER VALLEY FAMILY CHIROPRACT
210 NORTH MERIDIAN STREET
SUITE 1
BELLE PLAINE MN 56011


SECURE BASE COUNSELING, LLC
570 PROFESSIONAL DRIVE
NORTHFIELD MN 55057-2756


STATE COLLECTION SERVICE, INC.
2509 SOUTH STOUGHTON ROAD
P.O. BOX 6250
MADISON WI 53716-0250


SYNCHRONY BANK
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 71782
PHILADELPHIA PA 19176-1782


SYNCHRONY BANK/PAY PAL
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 965060
ORLANDO FL 32896-5060


SYNCHRONY BANK/PPMC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 965005
ORLANDO FL 32896


SYNCHRONY BANK/VENMO
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 71735
PHILADELPHIA PA 19176-1735

SYNCHRONY BANK/WARNER STELLIAN
P.O. BOX 71754
PHILADELPHIA PA 19176-1754


U.S. BANK
P.O. BOX 2188
OSHKOSH WI 54903-2188


UNIFIN, INC.
P.O. BOX 4519
SKOKIE IL 60076-4519


WELLS FARGO CARD SERVICES
P.O. BOX 10347
DES MOINES IA 50306


WELLS FARGO HOME MORTGAGE
P.O. BOX 14411
DES MOINES IA 50306-3411


XTREAM/MEDIACOM
P.O. BOX 110
WASECA MN 56093